FILED

02/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0337

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0337

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ISAIAH JAMES PEHRINGER,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including March 14, 2023, within which to prepare, file, and serve the State's response brief.

CH

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 3 2023